NO. 03-14-00313-CR

KirT Allen Esthay, AppellanT

V.

Trial no. DA5-13-01849

The State of Texas, Appellee

Motion For The Filing of Fewer Copys:

To the honorable Justise's of said court:

Petitioner, KirT Allen Esthay, Pro SE respectfully moves the court to be alowed to file fewer copy's. Appellant has no way of making copy's. See; TraP 2:

PRAY

Appellant Pray the court grant this motion:

Respectfully submitted
July 8, 2015:
Kirt Allen Esthay
KirT Allen Esthay
Appellant, Pro SE
3060 F.M. 3514
Beaumont, TX 77705-7633

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

RECEIVED
JUL 14 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

<u>CERTIFICATE OF SERVICE</u>
NO. 03-14-00313-CR
Trial no. DAS-13-01849

I Kirt Allen Esthay, Appellant Pro SE Hereby Certify that 3# three, True Copys of the above motion was Sent to the Clerk of the Court of Appeals, Third district of texas, For the State Prosecuting Attorney and the Prosecutor on the appeal. BY Placing a copy in the U.S, Mail, addressed to the clerk of appeals, at: Court of Appeals For the Third district of Texas, P.O. Box 12547, Austin, Texas 78711-2547. The Same being true for Appellants Motion For the Filing of Fewer Copies; July 8, 2015.

Respectfully
Kirt Allen Esthay
Appellant, Pro SE
3060 FM 3514
Beaumont, TX 77705-7635

TDCJ No. 1919078